# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA - Yuma

**MAGISTRATE JUDGE'S MINUTES**

DATE: 6/17/2008      CASE NUMBER: 08-15863M-001-SD      **CLOSED**

USA vs. Arnoldo Lopez-Ybarra

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____   INTERPRETER  Ricardo Gonzalez
                                        LANGUAGE  Spanish

Attorney for Defendant  Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 6/10/08
☐ Financial Afdvt taken
☐ Rule 5(c)(3)
☐ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Plea and Sentence |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☒ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Senior Patrol Agent, Chris Cantu, on behalf of the Government orally moves to dismiss the Complaint. Defense counsel has no objection. The Court ORDERS this case dismissed without prejudice. Case closed.

Recorded by Courtsmart
BY: Jocelyn M. Arviso
Deputy Clerk

DATE: 6/11/2008    CASE NUMBER: 08-15863-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Arnoldo Lopez-Ybarra

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D Ricardo Gonzalez
                                      LANGUAGE: Spanish
Attorney for Defendant Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 6/10/08          ☒ Complaint Filed           ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**  ☐ Held  ☒ Cont'd  ☐ Reset
Set for: 6/17/08 AT 11:00 A.M. before: MAGISTRATE JUDGE IRWIN
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts_____
☐ Defendant states true name to be _____.  Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_____ of the  ☐ Information  ☐ Indictment  ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement:  ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) __
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of___  ☐ Probation/Supervised Release for _____
☐ Special Assessment $_____  ☐ Fine $_____  ☐ Restitution $_____
Other: Defense counsel requests a continuance. The Government has no objection. IT IS ORDERED granting said request.

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

6/10

UNITED STATES OF AMERICA
V.
Arnoldo LOPEZ-Ybarra
Citizen of Mexico
YOB: 1971
028720931
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15863M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about February 28, 2008, Defendant Arnoldo LOPEZ-Ybarra was arrested and removed from the United States to Mexico through the port of San Luis, Arizona, in pursuance of law, and thereafter on or about June 10, 2008, Defendant was found in the United States near Yuma, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II
That on or about March 1, 2008, within the Southern District of California, Defendant Arnoldo LOPEZ-Ybarra, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on May 10, 1993 (Felony).

### COUNT III
That on or about March 1, 2008, within the Southern District of California, Defendant Arnoldo LOPEZ-Ybarra, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof   ☒ Yes   ☐ No

Signature of Complainant
Suzanne Clark
Lead Patrol Agent

Sworn to before me and subscribed in my presence,

June 11, 2008                              at                    Yuma, Arizona
Date                                                             City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                                 Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:              Arnoldo LOPEZ-Ybarra

Dependents:             None

**IMMIGRATION HISTORY:**   The Defendant was last removed through San Luis, Arizona on February 28, 2008.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/10/1993 | Yuma, AZ Border Patrol | 8 USC 1325 Illegal Entry | 60 Days Jail |
| 12/03/1991 | Yuma, AZ Border Patrol | 8 USC 1325 Illegal Entry | 45 Days Jail |
| 12/11/1991 | Yuma, AZ Police Dept. | Burglary<br>Theft | No Complaint Filed<br>No Complaint Filed |
| 01/22/1992 | Department of Public Safety Yuma, AZ | Possession of Marijuana<br>Possession of Paraphernalia | Unknown<br>Unknown |
| 06/17/1994 | Yuma, AZ Border Patrol | False Claim to US Citizenship | Deported 09/28/1994 |
| 05/08/1998 | Yuma, AZ Police Dept. | Assault (M)<br>Disorderly Conduct (M) | -Guilty: Jail 30 Days<br>Probation Yuma 1 Year<br>Suspended Sentence |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on March 1, 2008.

Charges:   8 USC§1326         (Felony)
           8 USC§1325         (Felony)
           8 USC§1325         (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

__June 11, 2008__
Date

Signature of Judicial Officer